# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/15/2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 01-00314SOM |
| CASE NAME: | USA vs. (09) Ratsmy Pounpanya |
| ATTYS FOR PLA: | Loretta Sheehan |
| ATTYS FOR DEFT: | 09 Glenn Choy |
| INTERPRETER: | Chou Tanhchaleun |
| | Malia Eversole (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 12/15/2005 | TIME: | 2:15 - 2:55 |

COURT ACTION:  EP: Re-Sentencing to Counts 2, 7, and 9 of the Second Superseding Indictment -

Defendant (09) Ratsmy Pounpanya present, in custody, with interpreter Chou Tanhchaleun, who was previously sworn.

Arguments.

Allocution by the Defendant.

Court stated that she would not have sentenced differently if she had known at the time the sentencing guidelines were advisory.

Court reimposes the same sentence it had imposed previously.

ADJUDGED:

Imprisonment: 78 Months as to Count 2 and 48 Months as to each of Counts 7 and 9, with all terms to be served concurrently.

Supervised Release: 3 Years as to each of Counts 2, 7, and 9, with all terms to be served concurrently.

Special Assessment: $300.00 ($100.00 as to each count).

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision unless there is a positive drug test, in which event, the maximum shall increase up to one valid drug test per day.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

Defendant advised of his right to appeal.

JUDICIAL RECOMMENDATION: 500 Hour Comprehensive Drug Treatment Program.

Mr. Choy to submit a letter, with copies to the USPO and Ms. Sheehan, requesting that the defendant be transferred to FDC Honolulu after completion of the 500 Hour Comprehensive Drug Treatment Program.

Court sets a Status Conference for 1/9/06 @ 1:30 a.m.
Defendant to be physically present at this hearing.

Parties to contact the Court by 1/6/06 if this hearing can be vacated.

Defendant is remanded to the custody of the USM..

Submitted by: Toni Fujinaga, Courtroom Manager.