IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:01CR00314-009 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | Judgment of Acquittal |
| vs. | ) | |
| | ) | |
| RATSMY POUNPANYA, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 0 2005

at 2 o'clock and 40 min. P M
SUE BEITIA, CLERK

## JUDGMENT OF ACQUITTAL

On 6/27/02, the Jury found Defendant RATSMY POUNPANYA, not guilty on counts 1, 6, and 8 of the Second Superseding Indictment. Accordingly, Judgment of Acquittal on counts 1, 6, and 8 of the Second Superseding Indictment is entered in favor of Defendant.

Dated at Honolulu, Hawaii on    12-20-05   .

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge