# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/20/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 01-00314SOM

CASE NAME:       USA VS.  (09) Ratsmy Pounpanya

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Susan Oki Mollway         REPORTER:    Debra Chun

DATE:     12/20/2005                TIME:

---

COURT ACTION:  EO:

Defendant requests that he be released and allowed to self-surrender.  The court denies the request.  Defendant must remain in custody.

cc by fax to: Thomas Muehleck AUSA and (09) Glenn Choy.

Submitted by: Toni Fujinaga, Courtroom Manager.

G:\docs\toni\pounpanya 12 20.wpd