GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI 96813
Telephone: (808) 533-7007

Attorney for RATSMY POUNPANYA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2005

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RATSMY POUNPANYA,<br><br>Defendant. | CR. NO. 01-00314 [09] SOM<br><br>NOTICE OF APPEAL;<br>CERTIFICATE OF SERVICE |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant-Appellant RATSMY POUNPANYA, by and through Glenn D. Choy, Defendant-Appellant's Court-Appointed attorney, pursuant to Fed. R. App. P. 4(b) and Rule 300-2, Rules of the United States District Court for the District of Hawaii, appeals to the United States Court for the District of Hawaii from the Judgment of Conviction and Sentence of United States District Judge Susan Oki Mollway entered on December 15, 2005.

DATED at Honolulu, Hawaii: December 27, 2005.

GLENN D. CHOY
Attorney for Defendant-Appellant
RATSMY POUNPANYA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following party at their last known address by mail on the date of filing.

>LORETTA SHEEHAN, Esq.
>Assistant U.S. Attorney
>Room 6100, Prince Kuhio Federal Bldg.
>300 Ala Moana Blvd.
>Honolulu, Hawaii

DATED:   Honolulu, Hawaii, December 27, 2005.

_____
Glenn Choy
Attorney for Defendant-Appellant
RATSMY POUNPANYA