# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  December 13, 2006

To:   United States Court of Appeals   Attn:  ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                      (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103          ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:         CR 01-00314SOM-09        Appeal No:   06-10044

Short Title:   USA vs. RATSMY POUNPANYA

| | | | |
|---|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy | |
| Bulky docs | | volumes (folders)  docket # | |
| Reporter's Transcripts | | volumes (✓) original ( ) certified copy | |
| Exhibits | | volumes ( ) under seal | |
| | | boxes ( ) under seal | |

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 03 2007
DISTRICT OF HAWAII

Other:
-certified copy of docket sheet
-sealed document nos: 3 sealed indictments, 3 sealed correspondences, 9&10, #356, #397,#399,#400,#389,#394,401,#38,#384,#421,#416,#431,#444,#460,#463,#464, #465,#487,#489,#490,#503,#517,#524,#526,#568,

Acknowledgment:  S. DAVIS                     Date:  DEC 18 2006

FILED

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

cc: all counsel of record