May 10, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103

(415) 355-7820

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-01-00314-SOM
**Appeal Number:** 06-10044
**Short Title:** USA v. Pounpanya

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 14 2007
DISTRICT OF HAWAII

### Volumes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 1 | | 0 | Certified Copy(ies) | | | |
| Reporters Transcripts in: | 0 | | | | | | |
| Bulky Documents in: | 0 | Envelopes | 1 | Expandos | 0 | Folders | 0 Boxes |
| | 0 | Other | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 Boxes |
| | 0 | Other | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: December 13, 2006

To: United States Court of Appeals    Attn: ( )    Civil
       For the Ninth Circuit
       Office of the Clerk                 (✓)    Criminal
       95 Seventh Street
       San Francisco, California 94103      ( )    Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:      CR 01-00314SOM-09      Appeal No:    06-10044

Short Title:     USA vs. RATSMY POUNPANYA

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 3 sealed indictments, 3 sealed correspondences, 9&10, #356, #397,#399,#400,#389,#394,401,#38,#384,#421,#416,#431,#444,#460,#463,#464, #465,#487,#489,#490,#503,#517,#524,#526,#568,

Acknowledgment: _____ G. DAVIS _____      Date: _____ DEC 18 2006 _____

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FILED

cc: all counsel of record